**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

  vs.                                **CASE NO.:  2:17-CR-34**
                                        **JUDGE GEORGE C. SMITH**
                                        **MAGISTRATE JUDGE KEMP**

**DOUGLAS F. SPANGLER,**

      **Defendant.**

## ORDER

On March 9, 2017, the Magistrate Judge issued a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1), recommending that the Court accept Defendant's guilty plea to Counts One and Two of the Information charging him with knowingly failing to register as required by the Sex Offender Registration and Notification Act after traveling in interstate commerce, in violation of 18 U.S.C. §2250.  Defendant, represented by counsel, waived his right to appear on the matter before a District Judge.  The Magistrate Judge conducted the colloquy required by Rule 11 of the Federal Rules of Criminal Procedure.  Defendant's plea was knowing, voluntary, free from coercion, and had a basis in fact.  Further, the Magistrate Judge observed that at the time Defendant entered his guilty plea, he was in full possession of his faculties, was not suffering from any apparent physical or mental illness, and was not under the influence of narcotics or alcohol.

Defendant was specifically informed of his right to contest the Report and Recommendation by filing any objections within 14 days of the issuance of the Report and Recommendation pursuant to 28 U.S.C. §636(b)(1)(B) and Rule 72(b) of the Federal Rules of Civil Procedure.  Defendant did not file any objections.

Accordingly, the Court **ADOPTS** the Report and Recommendation and **ACCEPTS** Defendant's pleas of guilty to Counts One and Two of the Information. Defendant is hereby adjudged guilty of two counts of failure to register as required by the Sex Offender Registration and Notification Act after traveling in interstate commerce.

**IT IS SO ORDERED.**

    */s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**